Garrick S. Lew SBN 61889
Design Center East
600 Townsend Street, Suite 329E
San Francisco, CA 94103
(415) 575-3588
(415) 522-1506 [fax]
gsl@defendergroup.com

Counsel for Defendant Paul Chiang

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>          Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>PAUL CHIANG,  )<br>  )<br>          Defendant.  )<br>_____)<br>  )<br>  ) | No. CR 12-00463 LHK<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE and [~~Proposed~~] ORDER**<br><br>**Date:** September 12, 2012<br>**Time:** 9:00 a.m.<br>**Court:** Honorable Lucy Koh |

Defendant PAUL CHIANG is scheduled to appear in the above-captioned matter for Status Conference on September 12, 2012, at 9:00 a.m.

Defendant CHIANG is charged in a one-count indictment with Computer Intrusion in violation of 18 U.S.C. §1030(a)(2)(C) and (c)(B)(ii) and Interception of Wire and Electronic Communications in violation of 18 U.S.C. §2511(1)(a) and (4)(a).

Counsel has spent considerable time and effort meeting with defendant, to review voluminous electronic evidence in the case. The electronic discovery in the case consists of two separate 750 GB hard drives. Discovery review with defendant is on going and should be completed within the next 45 days. Additionally, counsel is awaiting receipt of a final computer forensic report pertaining to the investigation and possible witness interviews.

Counsel and defendant will not be prepared for the status conference presently set for September 12, 2012 for the reasons stated above. Defendant, through counsel, requests a continuance to allow time for defendant CHIANG to complete his personal review of all case discovery and clarify any remaining factual and legal questions he may have with counsel.

The parties further stipulate and agree that the time from September 12 through November 7, 2012, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) on the basis that the ends of justice are served by taking such action which outweigh the best interest of the public and the defendant in a speedy trial and also under subsection (B)(iv) for continuity of counsel and for effective preparation of counsel, taking into account the exercise of due diligence.

DATED: September 10, 2012

/s/
Michelle Kane
Assistant United States Attorney

DATED: September 10, 2012

GARRICK LEW
Counsel for Defendant LOOC

[~~Proposed~~] **ORDER**

GOOD CAUSE APPEARING, and pursuant to the stipulation of the government and defendant PAUL CHIANG,

IT IS HEREBY ORDERED that the Status Conference in this case, currently scheduled for September 12, 2012 at 9:00 a.m. before the Honorable Lucy H. Koh, is VACATED and RESET to November 7, 2012 at 9:00 a.m.

IT IS FURTHER ORDERED that the time from September 12 through November 7, 2012, shall be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§

3161(h)(7)(A) and (B)(iv) for adequate preparation of counsel and continuity of counsel. The Court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial and the failure to grant the requested continuance would unreasonably deny continuity of counsel and reasonable time necessary for effective preparation.

SO ORDERED.

DATED: 9/12/12

*Lucy H. Koh*
Honorable Lucy H. Koh
United States District Judge