1  Garrick S. Lew SBN 61889
   1000 Brannan Street, Suite 288
2  San Francisco, CA 94103
   (415) 575-3588
3  (415) 522-1506 [fax]
   gsl@defendergroup.com
4
   Counsel for Defendant PAUL CHIANG
5

**Filed**

NOV  6 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

6

7

8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )   No. CR 12-00463 LHK
                                       )
12              Plaintiff,             )   **STIPULATION TO CONTINUE**
                                       )   **STATUS CONFERENCE and**
13  vs.                                )   **[Proposed] ORDER**
                                       )
14  PAUL CHIANG,                       )   **Date:    November 7, 2012**
                                       )   **Time:    9:00 a.m.**
15              Defendant.             )   **Court:  Honorable Lucy Koh**
                                       )
16  _____)

17

18          Defendant PAUL CHIANG is scheduled to appear in the above-captioned matter for

19  Status Conference on November 7, 2012, at 9:00 a.m. The hearing was previously continued

20  from September 12, 2012 by order of this court (document no. 14).

21          Defendant CHIANG is charged in a two-count indictment with Computer Intrusion in

22  violation of 18 U.S.C. §1030(a)(2)(C) and (c)(B)(ii) and Interception of Wire and Electronic

23  Communications in violation of 18 U.S.C. §2511(1)(a) and (4)(a).

24          As part of the defense investigation and preparation, defendant is undergoing an expert

25  evaluation. Defendant, through counsel, requests a continuance until December 12, 2012, to

26  allow time to complete this evaluation.

1  The parties further stipulate and agree that the time from November 7 through December

2  12, 2012, should be excluded in accordance with the provisions of the Speedy Trial Act, 18

3  U.S.C. §§ 3161(h)(7)(A) on the basis that the ends of justice are served by taking such action

4  which outweigh the best interest of the public and the defendant in a speedy trial and also

5  under subsection (B)(iv) for continuity of counsel and for effective preparation of counsel, taking

6  into account the exercise of due diligence.

7

8  DATED: November 5, 2012                    /s/
                                              Michelle Kane
9                                             Assistant United States Attorney

10

11

12  DATED: November 5, 2012

                                              GARRICK LEW
13                                            Counsel for Defendant CHIANG

14

15

16                          [Proposed] **ORDER**

17       GOOD CAUSE APPEARING, and pursuant to the stipulation of the government and

18  defendant PAUL CHIANG,

19       IT IS HEREBY ORDERED that the Status Conference in this case, currently scheduled

20  for November 7, 2012 at 9:00 a.m. before the Honorable Lucy H. Koh, is VACATED and RESET

21  to December 12, 2012 at 9:00 a.m.

22       IT IS FURTHER ORDERED that the time from November 7, 2012 through December 12,

23  2012 shall be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§

24  3161(h)(7)(A) and (B)(iv) for adequate preparation of counsel and continuity of counsel. The

25  Court finds that the ends of justice served by the granting of the continuance outweigh the best

26  interests of the public and the defendant in a speedy and public trial and the failure to grant the

*U.S. v Chiang,* CR 12-00463 LHK
STIPULATION & [Proposed] ORDER                2

*No basis for continuity of counsel finding as basis for excluding time.*

1  requested continuance would unreasonably deny ~~continuity of counsel and~~ *defense counsel* reasonable time

2  necessary for effective preparation.

3      SO ORDERED.

4

5  DATED: 11/6/12                    _Lucy H. Koh_

6                                    Honorable Lucy H. Koh
                                     United States District Judge

7

8  Further continuances of the status conference

9  will be disfavored. Defense counsel has

10  provided no facts supporting a finding

11

12  that continuity of counsel justified an

13  exclusion of time.

14

15

16

17

18

19

20

21

22

23

24

25

26