Garrick S. Lew (SBN 61889)
1000 Brannan Street, Suite 288
San Francisco, CA 94103
(415) 575-3588
(415) 522-1506 [fax]
gsl@defendergroup.com

Counsel for Defendant PAUL CHIANG

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 12-00463 LHK |
| | ) | |
| Plaintiff, | ) | **STIPULATION TO CONTINUE** |
| | ) | **CHANGE OF PLEA and** |
| vs. | ) | **[Proposed] ORDER** |
| | ) | |
| PAUL CHIANG, | ) | **Date:   January 30, 2013** |
| | ) | **Time:   9:00 a.m.** |
| Defendant. | ) | **Court:  Honorable Lucy Koh** |
| | ) | |

Defendant PAUL CHIANG is scheduled to appear in the above-captioned matter for a Change of Plea hearing on January 30, 2013, at 9:00 a.m.

As discussed at the last status conference on December 12, 2012, defendant has undergone an expert evaluation, in part to examine his mental state at the time he committed the instant offense. Defense counsel obtained a final report from the expert last Thursday, January 24, 2013, and thereafter provided it to counsel for the government. Counsel require additional time to review the results of the evaluation and conduct any necessary additional investigation into issues raised by those results.

In addition, although a preliminary plea agreement has been exchanged, the parties have not yet reached a final agreement regarding resolution of this case in light of the expert report.

1 | Accordingly, the parties are not prepared to proceed with the change of plea hearing at this time,

2 | and stipulate to and request a continuance to February 20, 2013 to allow additional time to

3 | resolve this matter.

4 |      The parties further stipulate that the time from December 12, 2012 through February 20,

5 | 2013, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C.

6 | §§ 3161(h)(7)(A) on the basis that the ends of justice are served by taking such action, which

7 | outweigh the best interest of the public and the defendant in a speedy trial, and also

8 | under subsection (B)(iv) for effective preparation of counsel, taking into account the exercise of

9 | due diligence.

10 |

11 | DATED: January 28, 2013             /s/ Michelle Kane

12 |              Michelle Kane
             Assistant United States Attorney

13 |

14 |

15 | DATED: January 28, 2013

16 |              GARRICK LEW
             Counsel for Defendant CHIANG

17 |

18 |

19 | **[Proposed ] ORDER**

20 |      GOOD CAUSE APPEARING, and pursuant to the stipulation of the government and

21 | defendant PAUL CHIANG,

22 |      IT IS HEREBY ORDERED that the Change of Plea hearing, currently scheduled for

23 | January 30, 2013 at 9:00 a.m. before the Honorable Lucy H. Koh, is VACATED and RESET to

24 | February 20, 2013 at 9:00 a.m.

25 |      IT IS FURTHER ORDERED that the time from December 12, 2012 through February

26 | 20, 2013, shall be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C.

1   §§ 3161(h)(7)(A) and (B)(iv) for adequate preparation of counsel. The Court finds that the ends

2   of justice served by granting the continuance outweigh the best interests of the public and the

3   defendant in a speedy and public trial, and the failure to grant the requested continuance would

4   deny reasonable time necessary for effective preparation of counsel.

5

6   DATED: 1/29/13

    Honorable Lucy H. Koh
7   United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26